BUCHALTER
A Professional Corporation
OREN BITAN (SBN: 251056)
WILLMORE F. HOLBROW III (SBN: 169688)
AARON LEVINE (SBN: 299260)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: wholbrow@buchalter.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Vivera Pharmaceuticals, Inc., a Delaware corporation <br><br> Plaintiff, <br><br> vs. <br><br> Blaine Laboratories, Inc., a California corporation; Robert C. Blaine, an individual <br><br> Defendants. | Case No. 2:20-CV-02160-GW (MAAx) <br><br> Hon. George H. Wu <br><br> **ERRATUM RE: FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION [DKT. 23]** |

The Complaint filed on March 5, 2020, included a clerical error, namely the caption identified Plaintiff as a Nevada Corporation, and the allegations in the Complaint, namely paragraph 3, correctly identified Plaintiff as a Delaware Corporation. On June 24, 2020, Plaintiff filed the First Amended Complaint ("FAC") (Dkt. 23). Among other changes, Plaintiff intended to correct the clerical error by ensuring that the state of incorporation was consistently identified as Delaware, in both locations. Unfortunately, the error was compounded by inaccurately identifying Nevada as the state of incorporation in both locations.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

ERRATUM RE: AMENDED COMPLAINT FOR TRADEMARK
INFRINGEMENT, FALSE DESIGNATION OF ORIGIN AND
UNFAIR COMPETITION [DKT. 23]

Case No. 2:20-cv-02160

BN 40968650v1

1    Today, July 7, 2020, Defendant's counsel was kind enough to highlight the

2  inadvertent change from Delaware to Nevada.  As a result, Plaintiff is hereby

3  withdrawing Dkt. Entry 23 and re-filing the FAC with the correct state of

4  incorporation.

5                                   BUCHALTER
                                    A Professional Corporation
6

7

8  Dated:  July 7, 2020        /s/ Willmore F. Holbrow, III
                                    OREN BITAN
9                                   WILLMORE F. HOLBROW III
                                    AARON LEVINE
10                                  Attorneys for Plaintiff
                                    VIVERA PHARMACEUTICALS, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ERRATUM RE: AMENDED**
**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE**
**DESIGNATION OF ORIGIN AND UNFAIR COMPETITION**
**[DKT. 23]**
BN 40968650v1