| | |
|---|---|
| 1 | C. Keith Greer, Esq. (SBN 135537) |
|  | keith.greer@greerlaw.biz |
| 2 | C. Tyler Greer, Esq. (SBN 320485) |
|  | tyler.greer@greerlaw.biz |
| 3 | GREER & ASSOCIATES, A.P.C. |
|  | 16855 W. Bernardo Drive, Suite 255 |
| 4 | San Diego, CA 92127 |
|  | Telephone:    858-613-6677 |
| 5 | Facsimile:     858-613-6680 |

Robert Muller (SBN 189651)
bob@cypressllp.com
CYPRESS LLP
11111 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90¬025
Telephone:    424-901-0123
Facsimile:     424-750-5100

Attorneys for Defendant
Blaine Laboratories, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVERA PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLAINE LABORATORIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:20-CV-02160-GW (MAAx)<br><br>Hon. George H. Wu<br><br>**DEFENDANT BLAINE LABORATORIES, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Complaint Filed: March 5, 2020<br>Trial Date: December 7, 2021 |

DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rule 26(a), Defendant BLAINE LABORATORIES, INC. ("Blaine Labs") hereby submits its Initial Disclosures. As a preliminary matter, investigation and discovery by Blaine Labs are continuing and are not yet complete. As this matter proceeds, documents and/or information may be discovered which are not disclosed herein. Information and/or documents, the existence of which are not known, may be imperfectly understood, or the relevance or consequence of such documents may, in good faith, no be produced herein. Blaine Labs reserves all rights to refer to further investigate and conduct discovery with reference to, or offer into evidence subsequently discovered witnesses, information and/or documents. In addition, while Blaine Labs assumes no obligation to voluntarily supplement or amend these disclosures to reflect information and/or documents discovered following the service of these disclosures, Plaintiff reserves its right to supplement these responses based upon subsequently discovered documents and information.

Further, these disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.

**A. WITNESSES – (Fed. R. Civ. Pro. 26(a)(1)(A)(i))**

In accordance with Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Blaine Labs states that, based on information currently known to it, the following persons (exclusive of expert witnesses, attorneys and their support staff) may have discoverable information and/or knowledge of the facts that Defendants may use in support of their claims and defenses:

1. Paul Edalat, Chairman of the Board & Interim CEO, Vivera Pharmaceuticals, Inc. Mr. Edalat has knowledge of all subjects that Blaine Labs will use to support its affirmative defenses and show Plaintiff's lack of supporting evidence and the frivolous nature of this action. Further, Edalat will be able to attest to Plaintiff's lack of any actual damage.

2. Olivia Karpinski, Vice President of Sales and Marketing, Vivera Pharmaceuticals, Inc. Ms. Karpinski has knowledge of all subjects that Blaine Labs will use to support its affirmative defenses and show Plaintiff's lack of supporting evidence and the frivolous nature of this action.

3. Dr. Robert C. Blaine, Blaine Laboratories, Inc. Dr. Blaine may only be contacted though Defense counsel: Greer & Associates, APC.  Dr. Blaine, as the President and CEO of Blaine Labs has knowledge on all topics that will aid in Blaine Labs defense in this action. Dr. Blaine, and every other Blaine Labs employee on this list, has the specific knowledge that Blaine Labs never sold SIL-BRX.

4. Robert Onekea, Marketing Manager, Blaine Laboratories, Inc. Robert Onekea may only be contacted though Defense counsel: Greer & Associates, APC. Robert Oenkea has the specific knowledge that Blaine Labs never sold SIL-BRX.

5. Paul Kim, employee , Blaine Laboratories, Inc. Paul Kim may only be contacted though Defense counsel: Greer &    Associates, APC. Paul Kim has the specific knowledge that Blaine Labs never sold SIL-BRX

6. Alan Cohen, International Brand Management, 108 W 13th St, Wilmington, DE 19801.  Alan Cohen has the specific knowledge that Blaine Labs never sold SIL-BRX.

7. Gregory A. Wahl, Nor Asia Consulting & Advisory, P.O Box 60606, Irvine, CA 92602. Gregory A. Wahl has the specific knowledge that Blaine Labs never sold SIL-BRX.

8. Ty Dogar, Med8, LLC, 16121 Beach Blvd Huntington Beach, CA 92674. Ty Dogar has the specific knowledge that Blaine Labs never sold SIL-BRX.

9. Angie Ton, Med8, LLC, 16121 Beach Blvd, Huntington Beach, CA 92674. Angie Ton the specific knowledge that Blaine Labs never sold SIL-BRX.

10. Natasha Patel, consultant. Contact information unknown.

**B. DOCUMENTS & THINGS – (Fed. R. Civ. Pro. 26(a)(1)(A)(ii)**

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Blaine Labs discloses the following categories of documents and tangible things in its possession, custody or control that it may use to support its denials and affirmative defenses as set forth in the Blaine Labs' Answer to the First Amended Complaint.

1. Documents showing that although Blaine Labs took initial steps to register SIL-BRX, it never sold any product under the SIL-BRX mark.

Blaine Labs' investigation of this matter is not yet complete. Blaine Labs will disclose additional categories of documents if and when they are located or become relevant.

**C. COMPUTATION OF DAMAGES CLAIMED – (Fed. R. Civ. Pro. 26(a)(1)(A)(iii))**

Blaine Labs is informed and believes Plaintiff has not been damaged in any amount from the allegations in the Second Amended Complaint.

**D. INSURANCE AGREEMENT – (Fed. R. Civ. Pro. 26(a)(1)(A)(iv))**

Blaine Labs is aware of no such insurance agreements.

Dated: January 20, 2020         **GREER & ASSOCIATES, APC**



_____
C. Keith Greer, Esq.
C. Tyler Greer, Esq.
Attorneys for Blaine Laboratories, Inc.