John J. E. Markham, II (CA Bar No. 69623)
Email: jmarkham@markhamreadzerner.com
MARKHAM READ ZERNER LLC
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax: (617) 742-8604

*Attorneys for Defendants/Counterclaimants*
*Blaine Laboratories, Inc., and Dr. Robert Blaine*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVERA PHARMACEUTICALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLAINE LABORATORIES, INC., a Delaware corporation, and DR. ROBERT BLAINE, an individual, et al.<br><br>Defendants.<br><br>---<br><br>BLAINE LABORATORIES, INC., a Delaware corporation, and DR. ROBERT BLAINE, an individual, et al.<br><br>Counter-Claimants.<br><br>vs.<br><br>VIVERA PHARMACEUTICALS, INC., PAUL EDALAT, and SAFE CHAIN SOLUTIONS, LLC,<br><br>Counterclaim-Defendants. | **Case No. 2:20-CV-02160-GW (MAAx)**<br><br>Hon. George H. Wu<br><br>**STATUS REPORT TO REPORT THAT THERE HAS BEEN NO AGREEMENT TO BINDING ARBITRATION OF THE CLAIMS IN THIS CASE**<br><br>Complaint Filed: February 19, 2019<br>Discovery Ends: December 30, 2022<br>Final Pretrial Conference: March 30, 2023<br>Trial Date: April 11, 2023 |

Pursuant to the Court's Order (Dkt. No. 126, Amended Scheduling Order), at paragraph 3 thereof, this Court directed the parties to notify this Court if they had agreed to arbitrate this case. Defendants and Counterclaimants Blaine Laboratories, Inc. and Dr. Robert Blaine (the "Blaine Parties") report that the Blaine Parties and Counterclaim-Defendant Paul Edalat and Plaintiff/Counterclaim Defendant Vivera Pharmaceuticals, Inc. have not agreed to engage in any arbitration of the disputes before this Court.

Date: October 17, 2022                    Respectfully submitted,

                                    MARKHAM READ ZERNER LLC

                                By: */s/ John J. E. Markham, II*
                                      John J. E. Markham, II
                                      Counsel for Defendants/Counterclaimants
                                      Blaine Laboratories, Inc. and Dr. Robert Blaine