JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVERA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLAINE LABORATORIES, INC., et al., <br><br> Defendants. | Case No. CV 20-2160-GW-MAAx <br><br> **ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed as to all claims and counterclaims in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: March 13, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE